

NUMBERS
13-11-00158-CV
13-11-00159-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**REIDIE JACKSON,**                                                                            **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                                                         **APPELLEE.**

### On appeal from the 23rd and the 130th District Court of Matagorda County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Pro se appellant, Reidie Jackson, filed appeals from orders entered by the 23rd and the 130th District Courts of Matagorda County, Texas, in cause numbers 10-E-0574-C and 10-H-0555-C. Appellant has filed a motion to withdraw his appeals.

The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that the motion should be granted. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a). Appellant's motion to withdraw the appeals is granted, and the appeals are hereby DISMISSED. Having dismissed the appeals at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
4th day of August, 2011.

2